**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Perrone Robotics, Inc.,

Plaintiff,

v.

Regional Transportation Commission of Southern Nevada,

Defendant.

Case No. 2:25-cv-00247-CDS-MDC

**ORDER APPROVING PLAINTIFF'S SUBSTITUTION OF ATTORNEY (ECF NO. 34)**

The Court has reviewed plaintiff's *Substitution of Attorney* ("Substitution") (ECF No. 34). The Court **APPROVES** the Substitution for the reasons below.

The Substitution states that C. Dewayne Lonas, Esq. from Moran Reeves & Conn PC will be substituted in as plaintiff's co-counsel of record, in place of Evan D. Mayo, Esq. and Payal C. Sampat, Esq. from Mayo Law Group PLLC. *ECF No. 34*. Mr. Mayo and Ms. Sampat consent to the substitution and Mr. Lonas consents to being substituted in. *Id.* After the Substitution was filed, Mr. Lonas also filed his application to practice *pro hac vice* in this case because he is licensed to practice in Virgina. *ECF No. 35.* Finding good cause and because plaintiff, Mr. Mayo, Ms. Sampat, and Mr. Lonas consent, the Court approves the Substitution.

//
//
//
//
//
//
//
//
//
//

1

ACCORDINGLY,

**IT IS ORDERED** that:

1.    Plaintiff's *Substitution of Attorney* (ECF No. 34) is **APPROVED**.

2.    C. Dewayne Lonas, Esq. from Moran Reeves & Conn PC shall be substituted in place of Evan D. Mayo, Esq. and Payal C. Sampat, Esq. from Mayo Law Group PLLC as plaintiff's co-counsel of record. This means that Evan D. Mayo, Esq. and Payal C. Sampat, Esq. shall be terminated as plaintiff's counsel of record and removed from CM/ECF service in this case.

**IT IS SO ORDERED**.

Dated: May 22, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2